64 A.3d 236

IN THE MATTER OF THE CIVIL COMMITMENT
OF D.Y., SVP–491–08(D.Y.—PETITIONER)

February 11, 2013.

ORDERED that the petition for certification is granted limited to the issue of whether there is a constitutional right to self-representation at a commitment hearing under the Sexually Violent Predator Act, *N.J.S.A.* 30:4–27.24 to –27.38.

64 A.3d 236

STEVEN BURG, PLAINTIFF–PETITIONER, v. ADELE
BURG, DEFENDANT–RESPONDENT.

STEVEN BURG, PLAINTIFF–PETITIONER, v. ADELE
BURG, DEFENDANT–RESPONDENT.

February 13, 2013.

ORDERED that the petition for certification is granted and summarily remanded to the Superior Court, Appellate Division, for a statement of reasons on the Order granting the motion of defendant-respondent for counsel fees in the amount of $20,000. Jurisdiction is not retained.